UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio De La Cruz Almanzar, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

BX Auto Concept Corp., et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2024

1:24-cv-06146 (DEH) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Based on the ECF docket, it appears that Defendants BX Auto Concept Corp. ("BX Auto"), Bronx Auto Concept Corp. ("Bronx Auto") and Gerardo Ortega ("Ortega" and collectively "Defendants") have been served and are in default. (Ortega Summons (Executed), ECF No. 10; BX Auto Summons (Executed), ECF No. 11; Bronx Auto Summons (Executed), ECF No. 12.) Defendants shall respond to the Complaint no later than Monday, October 14, 2024.

In the event that Defendants fail to respond to the Complaint by the date set forth in this Order, Plaintiff shall seek a Clerk's Certificate of Default as to each Defendant no later than Friday, October 18, 2024.

SO ORDERED.

Dated:    New York, New York
           September 30, 2024

_____
STEWART D. AARON
United States Magistrate Judge