```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antonio De La Cruz Almanzar, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

BX Auto Concept Corp., et al.,

                Defendants.

1:24-cv-06146 (DEH) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On August 13, 2024, Plaintiff Antonio De La Cruz Almanzar, individually and on behalf of all others similarly situated ("Plaintiff") commenced this action, alleging violations of the Fair Labor Standards Act and New York Labor Law. (*See generally* Compl., ECF No. 1.) To date, Defendants BX Auto Concept Corp. ("BX Auto"), Bronx Auto Concept Corp. ("Bronx Auto") and Gerardo Ortega ("Ortega" and collectively "Defendants") have been served, failed to appear and are in default.

On October 16 and 16, 2024, the Clerk of Court issued Certificates of Default for each of the Defendants. (*See* Clerk's Cert. of Default (BX Auto), ECF No. 20; Clerk's Cert.of Default (Ortega), ECF No. 21; Clerk's Cert.of Default (Bronx Auto), ECF No. 24.)

No later than Friday, November 15, 2024, Plaintiff shall file his motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b), as to the Defendants, consistent with Section 4(h) of the Individual Practices of the Honorable Dale E. Ho.

**SO ORDERED.**

Dated: New York, New York
October 17, 2024

_____
STEWART D. AARON
United States Magistrate Judge