UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Almanzar et al., | |
| Plaintiffs, | |
| v. | 24-CV-6146 (DEH) |
| BX Auto Concept Corp. et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

On August 13, 2024, Plaintiff filed his Complaint. ECF No. 1. Between August 28, 2024, and September 16, 2024, Plaintiff filed proof of service as to all Defendants. *See* ECF Nos. 8-12. To date, Defendants have not appeared.

It is hereby ORDERED that Plaintiff shall file a letter on ECF by November 27, 2024, describing any communication he has had with Defendants and describing his efforts to provide Defendants with actual notice of this lawsuit.

Dated: November 19, 2024
New York, New York

_____
DALE E. HO
United States District Judge