

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Su
Tel. (718) 263-959

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2025
```

**Via ECF:**
The Honorable Stewart Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., New York, NY 10007-1312

Re:   **Almanzar et al v. BX Auto Concept Corp. et al.**
      **Civil Docket No.: 1:24-cv-06146-DEH-SDA**

Dear Judge Aaron:

Our office represents the Plaintiff in the above-referenced matter, and we submit this instant motion to respectfully request a brief one-week extension to file the Plaintiff's Proposed Findings of Fact and Conclusions of Law ("Proposed Findings") pursuant to the Court's December 12, 2024 Scheduling Order for Damages Inquest. *Dkt. No.* 38.

We make this request as we are still in the process of reviewing the documents with our client and finalizing for submission to the Court. Should this request be granted, Plaintiff can file his Proposed Findings on or before January 17, 2025.

This is the Plaintiff's first request for an extension of this deadline and this request will not affect any other dates or deadlines.

We thank The Court for its kind consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Roman Avshalumov*
Roman Avshalumov, Esq.

**TO:** *via USPS First Class Mailing:*

**GERARDO ORTEGA**
230 Manida Street, Bronx NY 10474
**BX AUTO CONCEPT CORP.**
230 Manida Street, Bronx NY 10474
**BRONX AUTO CONCEPT CORP.**
230 Manida Street, Bronx NY 10474

Plaintiff's request for an extension of time to file Proposed Finding at ECF No. 40 is GRANTED. Plaintiff shall file the Proposed Findings no later than January 17, 2025. The Defaulting Defendants shall send to Plaintiff's counsel and file with the Court their response, if any, to Plaintiff's submissions no later than Friday, February 7, 2025. No later than January 13, 2025, Plaintiff shall serve a copy of this endorsed order upon Defendants by first-class mail.

SO ORDERED.
Dated: January 10, 2025

*Stewart D. Aaron*