UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Antonio De La Cruz Almanzar, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BX Auto Concept Corp., et al.,<br><br>Defendants. | 1:24-cv-06146 (DEH) (SDA)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

**STEWART D. AARON, United States Magistrate Judge:**

On January 17, 2025, a letter was filed by an individual named Madelynn Miranda requesting that the Court extend the deadlines for Defendants to file "all papers."[1] (Letter, ECF No. 47.) As a courtesy, the Court hereby extends the current February 7, 2025 deadline for Defendants to file their opposition to Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF No. 44) to February 21, 2025.

Defendants are advised that, going forward, the Court only will accept communications from licensed counsel who have filed a notice of appearance on behalf of the two corporate defendants,[2] *i.e.*, BX Auto Concept Corp. and/or Bronx Auto Concept Corp*.*, or from Gerardo Ortega, the sole individual defendant.

Plaintiff is directed to serve a copy of this Order on Defendants by mail.

---

[1] Ms. Miranda does not indicate her relationship, if any, to any of the Defendants. Nor does she indicate the "papers" to which she is referring.

[2] A corporation cannot appear *pro se* in federal court, but must appear through counsel. *See Age Reversal Unity v. New York Univ.*, No. 24-CV-04808 (MMG), 2024 WL 3521759, at *2 (S.D.N.Y. July 24, 2024) ("a corporate entity must appear through licensed counsel"); *see also Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (noting that "it is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*").

**SO ORDERED.**

Dated:      New York, New York
            January 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2