UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Almanzar et al.,

                Plaintiff,

-against-                                  24 **CIVIL** 6146 (DEH)

## **JUDGMENT**

BX Auto Concept Corp. et al.,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated May 15, 2025, Judge Aaron's Report is ADOPTED IN FULL. Plaintiff is awarded $137,916.43 in unpaid overtime wages and $137,916.43 in liquidated damages, totaling $275,832.86 in damages. Plaintiff's is also entitled to pre-judgment interest at a rate of nine percent per annum on the principal amount of $137,916.43 from September 16, 2022 to May 15, 2025, and add this amount to Plaintiff's damages entitlement stated *supra*, in the amount of $33,054.60; accordingly, the case is closed.

**Dated:** New York, New York

      May 15, 2025

                                                               **TAMMI M HELLWIG**
                                                              **Clerk of Court**

                         **BY:**      *K. Mango*

                                                              **Deputy Clerk**